**UNITED STATES BANKRUPTCY COURT**
**WESTERN  DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| | )    Bankruptcy 21-21306-CMB |
| SUMANTA BANERJEE, | ) |
| | )    Chapter 7 |
| Debtor. | ) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that SADIS & GOLDBERG LLP ("Sadis") hereby appears in

the above-captioned case by its counsel, Gary M. Sanderson, such counsel hereby enters his

appearance pursuant to § 1109(b) of Title 11 of the United States Code, 11 U.S.C. § 101, et seq.

(the "Bankruptcy Code") and Fed. R. Bankr. P. 9010(b); and such counsel hereby requests,

pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy

Code, that copies of all notices and pleadings given or filed in this case be given and served upon

him at the following address and telephone number:

> Gary M. Sanderson, Esquire
> MEYER, UNKOVIC & SCOTT, LLP
> 535 Smithfield Street, Suite 1300
> Pittsburgh, PA  15222-2315
> (412) 456-2800   (Phone)
> (412) 456-2864   (Fax)
> gms@muslaw.com (E-mail)

Please take further notice that pursuant to § 1109(b) of the Bankruptcy Code, the

foregoing demand includes not only the notices and papers referred to in the Federal Rules of

Bankruptcy Procedure specified above, but also includes, without limitation, any notice,

application, complaint, demand, motion, petition, pleading or request, whether formal or

informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

telecopy, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

This Notice of Appearance and Demand for Service of Papers is not (a) a waiver or release of Sadis rights against any person, entity or property; (b) a consent by Sadis to the jurisdiction of this Court with respect to this case or other cases, if any, commenced in the case against or otherwise involving Sadis; (c) a waiver or release of Sadis's right to trial by jury as to any and all matters so triable herein or in other matters or proceedings, if any, commenced in the case against or otherwise involving Sadis or in any case, controversy or proceeding related hereto, whether or not the same be designated legal or private rights and notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. Section 157(b)(2), and whether such jury trial right is pursuant to statute of the United States Constitution; (d) a waiver or release of Sadis's right to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge; (e) a waiver of the right to move to withdraw the reference in any proceeding, which may be commenced in this case against, or otherwise involving Sadis; or (f) an election of remedy.                                       Respectfully submitted,

MEYER, UNKOVIC & SCOTT LLP

Dated: October 19, 2021                    By:     */s/ Gary M. Sanderson*
                                           Robert E. Dauer, Jr.
                                           Pa. I.D. #61699
                                           Gary M. Sanderson, Esquire
                                           Pa. I.D.  #313591
                                           gms@muslaw.com
                                           535 Smithfield Street, Suite 1300
                                           Pittsburgh, Pennsylvania 15222-2315
                                           TEL:  (412) 456-2800
                                           FAX:  (412) 456-2864

                                           Attorneys for Sadis & Goldberg LLP