IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SUMANTA BANERJEE  :  Bankruptcy No. 21-21306 CMB
:  Chapter 7
Debtors,  :
:  Related to Doc. No. 24
:

## ORDER

AND NOW, this **9th** day of ***November, 2021***, it is **ORDERED, ADJUDGED and DECREED** that the Order Discharging Debtor signed on November 8, 2021 at Doc. No. 24 was erroneously entered, and is hereby VACATED.

BY THE COURT:

_Carlota M. Böhm_  **dmr**
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
11/9/21 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA