PROCEEDING MEMO

**Date: 12/13/2021 01:30 pm**

**In re:   Sumanta Banerjee**

Bankruptcy No. 21-21306-CMB
Chapter: 7
Doc. # 21

**Appearances:**  Robert Dauer, John Lacher

**Nature of Proceeding:** #21 Motion for Extension of Time to File Complaint Determining Dischargeability of Debt or Objecting to Discharge

**Additional Pleadings:**

**Judge's Notes:**

**OUTCOME:**  Hearing held. Order entered granting extension to 1/30/2022.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
12/14/21 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA